IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                             CASE NO. 1:05-cr-00028-MP-AK

JAMES ROOSEVELT DARBY, JR,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc 69, the Motion to Continue Sentencing of James Roosevelt Darby. A teleconference was held on May 25, 2006. As stated during the teleconference, the Motion is granted, and sentencing is hereby reset for Wednesday, June 21, 2006, 9:30 a.m.

**DONE AND ORDERED** this *30th* day of May, 2006

                    *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge