IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,
v.                                              CASE NO. 1:05-cr-00028-MP-AK

JAMES ROOSEVELT DARBY, JR,

    Defendant.
_____/

### **O R D E R**

This matter is before the Court on Doc. 74, Motion to Continue Sentencing by James Roosevelt Darby.  A telephone conference was held in this case on June 20, 2006, during which the government indicated that it had no objection to the continuance.  As stated during the conference, the motion is granted, and the sentencing is hereby reset for Friday, September 1, 2006, at 9:30 a.m.

    **DONE AND ORDERED** this _6th_ day of July, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge