IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00028-MP-AK

JAMES ROOSEVELT DARBY, JR,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 98, Motion to Correct Judgment. In the motion, Mr. Darby asks the Court "to amend its Judgement to recommend that the Defendant received credit for time served from July 28, 2005 to December 1, 2006." As stated in Defendant's own motion, however, he was released from custody on July 29, 2005, and placed on pre-trial release. Thus, no credit for time served is due, and the motion is denied.

    **DONE AND ORDERED** this _5th_ day of January, 2007

                        *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge